## FIRST NAT. BANK OF OKEMAH v. BALDWIN.

No. 2206.    Opinion Filed October 15, 1912. ·

(127 Pac. 260.)

**APPEAL AND ERROR**—Failure to File Brief—Dismissal.  Where plaintiff in error has filed no brief, as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi), the appeal will be dismissed for want of prosecution.

(Syllabus by Robertson, C.)

*Error from Okfuskee County Court;*
*T. T. Doyle, Judge.* •

Action by the First National Bank of Okemah against R. R. Baldwin.   Judgment for defendant, and plaintiff brings error. Dismissed.

*C. B. Conners* and *W. A. Huser,* for plaintiff in error.

*Patterson & Brewer,* for defendant in error.

Opinion by ROBERTSON, C.   This appeal was filed in this court December 22, 1910.   Neither party has filed a brief, nor has there been any excuse offered for their failure to do so.   It is evident that the proceedings have been abandoned.   The appeal should, therfore, be dismissd for want of prosecution, under rule 7 of this court (20 Okla. viii, 95 Pac. vi).   *Hass v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick,* 27 Okla. 779, 117 Pac. 200; *Bender v. Bender et al.,* 30 Okla. 288, 119 Pac. 205; *Cox v. Rogers,* 30 Okla. 296, 119 Pac. 205; *McClelland v. Witherall,* 30 Okla. 287, 119 Pac. 205.

By the Court:   It is so ordered.